[No. 10320-0-III. Division Three. June 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT P. DONOGHUE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01162-5, Michael W. Leavitt, J., entered October 6, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11501-1-III. Division Three. June 11, 1992.]

AUDREY ARBUCKLE, *Appellant,* v. FIRST FEDERAL SAVINGS BANK OF WASHINGTON, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-2-01879-8, Stephen M. Brown, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.